IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02460-WDM-CBS

DANA JULIUS,

    Plaintiff,

v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw (*doc. no. 23*) is **GRANTED**. Attorney Brandon Hollinder is relieved of any further representation of plaintiff in the above captioned matter. The Clerk of Court is instructed to remove Mr. Hollinder from the electronic certificate of mailing.

**DATED:**　　April 25, 2008